No. 72–6493. BONAFINI *v.* NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 72–6494. FARESE ET UX. *v.* HOME SAVINGS & LOAN ASSN. ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–6496. GERMAN *v.* FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.

No. 72–6501. RICHARDSON *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. ■■■■

No. 72–6502. LAYMAN *v.* TOLLETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 72–6508. MITCHELL *v.* CONBOY, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 72–1064. BARTON, REFORMATORY SUPERINTEND-ENT *v.* TABASKO. C. A. 6th Cir. Motion to dispense with printing petition and motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 72–1209. HANLY ET AL. *v.* KLEINDIENST, ATTOR-NEY GENERAL, ET AL. C. A. 2d Cir. Application for stay presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. ■■■■

No. 72–1232. WILLIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. ■■■■

No. 72–1311. CALIFORNIA *v.* FRITO-LAY, INC., ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. ■■■■